NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**GARRETT LEE GRAVES, A MINOR, BY HIS PARENTS AND NATURAL GUARDIANS, ERNEST GRAVES AND CHERYL W. GRAVES,**
*Petitioners-Appellants,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

_____

2014-5063

_____

Appeal from the United States Court of Federal Claims in No. 1:09-vv-00080-FMA, Judge Francis M. Allegra.

_____

**ON MOTION**

_____

**O R D E R**

Appellants move for leave to proceed in forma pauperis.

We note that the United States Court of Federal Claims permitted appellants to proceed in forma pau-

2                                    GRAVES v. HHS

peris.   Pursuant to Fed. R. App. P. 24(a)(3), appellants may proceed in forma pauperis on appeal without further authorization and her motion is moot.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.   No fee payment is required for this appeal.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24